**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-7549**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN PATRICK MCSHEFFREY,

Defendant - Appellant.

**No. 95-7665**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN PATRICK MCSHEFFREY,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert E. Payne, District Judge. (CR-92-76-N, CA-95-594-2)

Submitted: February 27, 1996          Decided: March 13, 1996

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Patrick McSheffrey, Appellant Pro Se.  George Maralan Kelley, III, Mark Anthony Exley, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying his second 28 U.S.C. § 2255 (1988) motion and denying leave to amend his original § 2255 complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. McSheffrey, Nos. CR-92-76-N; CA-95-594-2 (E.D. Va. July 20, 1995; Oct. 5, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2